Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

HECTOR MANUEL ZAPATA
MARIA GUADALUPE CORREA

DEBTORS

) CHAPTER 13
) CASE NO. SV08-12148-KT
)
) CONF:   Thursday, October 23, 2008
) TIME:   1:30 pm
) PLACE:  Courtroom 301
)         21041 Burbank Blvd.
)         Woodland Hills, CA 91367
)
) ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on April 08, 2008.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on May 21, 2008. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on October 23, 2008, with the following provisions:

1. Payments: Amount of each payment is $600.00. The due date is day 8 of each month for 36 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 32.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

    (a) This is a base plan with the debtor paying $600.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

    (b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

    (c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

    (d) Miscellaneous: Debtors are prohibited from altering exemptions on pay stubs without court permission for the life of the plan. Confirmation is without prejudice to added creditor objection by October 29, 2008. Attorney fees of $4,000 allowed per Rights And Responsibilities Agreement with $726 paid up front and $3,274 thru plan @ 100%.

Dated: NOV 21 2008

_Kathleen Thompson_
Kathleen Thompson
U.S. Bankruptcy Judge

|   |   |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
|   | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
|   | (818) 933-5700  Fax: (818) 933-5755 |
| 3 |   |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                              )    CHAPTER 13
                                                    )    CASE NO. SV08-12148-KT
HECTOR MANUEL ZAPATA                                )
MARIA GUADALUPE CORREA                              )
                                                    )    **PROOF OF SERVICE BY MAIL**
                                                    )
                       DEBTORS                      )
                                                    )

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 11/7/2008 I served the following document(s): ORDER CONFIRMING PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

| | |
|---|---|
| HECTOR MANUEL ZAPATA<br>2817 ALLESANDRA COURT<br>LANCASTER, CA 93535 | MARIA GUADALUPE CORREA<br>8021 MANGO AVENUE<br>FONTANA, CA 92336 |
| BOROWITZ, LOZANO & CLARK, LLP<br>100 N BARRANCA AVENUE, STE 250<br>WEST COVINA, CA 91791-1600 | Ms. Jennifer Braun<br>Assistant United States Trustee<br>Department of Justice<br>21051 Warner Center Lane, #115<br>Woodland Hills, CA 91367-1367 |

Executed at Sherman Oaks, California on November 07, 2008.

*Roderick Mathieson* (signature)

Roderick Mathieson

Case No. SV08-12148-KT